1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5

6  Attorneys for Mr. Leyva-Cano

7

8

9              UNITED STATES DISTRICT COURT

10         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          )   Case No. 08MJ0929
                                       )
13              Plaintiff,             )
                                       )
14  v.                                 )
                                       )   **NOTICE OF APPEARANCE**
15  **MACARIO LEYVA-CANO,**            )
                                       )
16              Defendant.             )
    _____ )

17

18         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

19  Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

20  in the above-captioned case.

21                                         Respectfully submitted,

22

23  Dated: April 2, 2008                    _/s/ Bridget Kennedy_____
                                            Federal Defenders of San Diego, Inc.
24                                          Attorneys for Mr. Leyva-Cano
                                            _bridget_kennedy@fd.org_

25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  April 2, 2008

*/s/ Bridget L. Kennedy*
**BRIDGET L. KENNEDY**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
bridget_kennedy@fd.org